ADRIENNE C. PUBLICOVER  (SBN 161432)
SEAN P. NALTY  (SBN 121253)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN& DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:      (415) 433-0990
Facsimile:       (415) 434-1370

Attorneys for Defendants
LIFE INSURANCE COMPANY
OF NORTH AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HAWLEY, | Case No.:  2:08-CV-00079-FCD-KJM |
| Plaintiff, | **THIRD STIPULATION AND ORDER RE: SCHEDULING OF THIS MATTER** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | |
| Defendants. | |

    COMES NOW, plaintiff Richard Hawley, through his counsel of record, Thornton Davidson, and defendant Life Insurance Company of North America, though its counsel of record, Sean P. Nalty and enter into the following stipulation concerning scheduling of this matter:

    This matter is governed by the Employee Retirement Income Security Act of 1974 ("ERISA") and is set for a one half day court trial.  In light of the trial date in this matter being moved by the Court from March 27, 2009 to May 15, 2009, the parties wish to modify the briefing schedule in this matter as follows:

    The parties suggest the following briefing schedule based on the new trial date:

    1.    The parties originally stipulated that the opening brief will be filed on or before January 23, 2009 and then January 30, 2009.  With the new trial date, the parties hereby stipulate

that this deadline can be extended to **February 13, 2009**. Any opposition to the opening briefs will be filed on or before **March 13, 2009**. Any reply briefs will be filed no later than **April 3, 2009**. The parties will provide the administrative record to the court with the opening briefs.

IT IS SO STIPULATED.

Date: January 26, 2009

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____/s/ Sean P. Nalty_____
   Sean P. Nalty
   Attorneys for Defendants
   LIFE INSURANCE COMPANY OF NORTH AMERICA

Date: January 26, 2009

THE ERISA LAW GROUP

By: _____/s/ Thornton Davidson_____
   Thornton Davidson
   Attorneys for Plaintiff
   RICHARD HAWLEY

## ORDER

Based on the stipulation of the parties as set forth above, and the May 15, 2009 trial date, the Court hereby orders that opening briefs can be filed on or before the February 13, 2009, oppositions to the opening briefs will be filed on or before March 13, 2009, and any reply briefs will be filed no later than April 3, 2009.

**IT IS ORDERED.**

Dated: January 26, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE