ADRIENNE C. PUBLICOVER  (SBN 161432)
SEAN P. NALTY  (SBN 121253)
WILSON, ELSER, MOSKOWITZ,
  EDELMAN& DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:     (415) 433-0990
Facsimile:      (415) 434-1370

Attorneys for Defendant
LIFE INSURANCE COMPANY
OF NORTH AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HAWLEY, | Case No.: 2:08-CV-00079-FCD-KJM |
| Plaintiff, | **ORDER GRANTING DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA's APPLICATION FOR PAGE LIMIT EXTENSION** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | **Trial Date: May 15, 2009** |
| Defendants. | **Judge: Frank C. Damrell, Jr.** |

Based on the application of defendant Life Insurance Company of North America, and good cause appearing therefore,

Defendant's opening trial brief in this matter can be 24 pages in length.  Plaintiff also is granted an extension of the page limit to 24 pages.

**IT IS SO ORDERED.**

Dated: February 10, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE