ADRIENNE C. PUBLICOVER  (SBN 161432)
SEAN P. NALTY  (SBN 121253)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN& DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:      (415) 433-0990
Facsimile:       (415) 434-1370

Attorneys for Defendants
LIFE INSURANCE COMPANY
OF NORTH AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HAWLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA<br><br>        Defendants. | Case No.: 2:08-CV-00079-FCD-KJM<br><br>**STIPULATION AND ORDER RE:<br>SCHEDULING OF THIS MATTER** |

COMES NOW, plaintiff Richard Hawley, through his counsel of record, Thornton Davidson of the ERISA Law Group, and defendant Life Insurance Company of North America, though its counsel of record, Sean P. Nalty and enter into the following stipulation concerning the scheduling of this matter:

On February 13, 2009, the offices of the ERISA Law Group experienced a power outage caused by recent storms and they currently do not have power. As a result, counsel for plaintiff cannot complete plaintiff's opening trial brief in this matter by the end of the day on Friday, February 13, 2009.  Monday February 16, 2009 is a national holiday.  Accordingly, the parties

1
STIPULATION AND ORDER RE: SCHEDULING OF THIS MATTER

stipulate, through their counsel of record, that plaintiff has until Tuesday February 17, 2009 to file his opening trial brief in this matter.

IT IS SO STIPULATED.

Date: February 13, 2009

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


By: _____/s/ Sean P. Nalty_____
   Sean P. Nalty
   Attorneys for Defendant
   LIFE INSURANCE COMPANY OF NORTH AMERICA

Date: February 13, 2009

THE ERISA LAW GROUP


By: _____/s/ Thorton Davidson_____
   Thornton Davidson
   Attorneys for Plaintiff
   RICHARD HAWLEY

## **ORDER**

Based on the stipulation of the parties as set forth above, the Court hereby orders that plaintiff's opening trial brief in this matter can be filed on or before February 17, 2009.

Dated: February 13, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE